1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11   D'ANDRE WALTON,                    )   Case No. EDCV 08-1527-GAF (OP)
                                        )
12                  Petitioner,         )   ORDER ADOPTING FINDINGS,
                                        )   CONCLUSIONS, AND
                                        )   RECOMMENDATIONS OF
13            v.                        )   UNITED STATES MAGISTRATE
                                        )   JUDGE
14   KEN CLARK, Warden.                 )
                                        )
15                                      )
                    Respondent.         )
16                                      )

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18   records and files herein, and the Report and Recommendation of the United States
19   Magistrate Judge, de novo. The Court concurs with and adopts the findings,
20   conclusions, and recommendations of the Magistrate Judge,
21   / / /
22   / / /
23   / / /
24
25
26
27
28

1   IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2   Report and Recommendation; and (2) directing that Judgment be entered denying the
3   Petition and dismissing this action with prejudice.

5   DATED: November 8, 2010

    HONORABLE GARY A. FEESS
6   United States District Judge

9   Prepared by:

    HONORABLE OSWALD PARADA
12  United States Magistrate Judge