JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANDRE WALTON,<br><br>            Petitioner,<br><br>       v.<br><br>KEN CLARK, Warden,<br><br>            Respondent. | Case No. EDCV 08-1527-GAF (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 8, 2010

*/s/ Gary Feess*
HONORABLE GARY A. FEESS
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge